*B. Cunningham* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 409. MISSISSIPPI RIVER FUEL CORP. ET AL. *v.* FONTENOT, COLLECTOR OF REVENUE OF LOUISIANA. C. A. 5th Cir. Certiorari denied. *Clyde R. Brown* and *Clarence L. Yancey* for petitioners.

No. 430. ACHILLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.* *Carl J. Batter, Frank J. Gagen, Jr.* and *Anna R. Lavin* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 431. CONE BROTHERS CONTRACTING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Carson M. Glass* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 436. BOWDEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. Richard Bowden* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Morton K. Rothschild* for respondent.

No. 440. ODENBACH ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, S. Billingsley Hill* and *Harold S. Harrison* for the United States.

*[This order vacated, *post,* p. 1023.]